## UNITED STATES DISTRICT COURT
## IN THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Carl Schmidt and Cherie Schmidt,<br><br>         Plaintiffs,<br>vs.<br><br>Costco Wholesale Corporation, a Washington business licensed to do business in Minnesota, and John/Jane Doe, Employee of Defendant Costco Wholesale Corporation,<br><br>         Defendants. | Case No. _____<br><br><br><br>**NOTICE OF REMOVAL** |

Costco Wholesale Corporation, for its notice of removal, states:

1. Costco Wholesale Corporation is the Defendant in a civil action brought against it in the District Court for Hennepin County, State of Minnesota, entitled *Carl Schmidt and Cherie Schmidt v. Costco Wholesale Corporation, a Washington business licensed to do business in Minnesota, and John/Jane Doe, Employee of Defendant Costco Wholesale Corporation*, a copy of the Summons and Complaint served upon Defendant Costco Wholesale Corporation is attached hereto as **Exhibit 1**. No other defendant has been served and no further proceedings have been had therein.

2. The above-described action is a civil action of which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332 and is one which may be removed to this District Court by the Defendant pursuant to the provisions of 28 U.S.C. § 1441, in that it is a civil action wherein the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs and is between citizens of different states.

3. Plaintiffs' Complaint seeks damages in excess of $50,000.00.

4. Plaintiff Carl Schmidt alleges that, as a result of an accident that occurred at the Costco Warehouse located in Maple Grove, Minnesota, Plaintiff sustained "multiple serious and permanent injuries and was caused to suffer and will in the future suffer mental and physical harm" as a result of the incident described in Plaintiffs' Complaint. (Ex. 1, Compl., ¶ VII.) The Complaint further alleges that Plaintiff Carl Schmidt has incurred and will continue to be required to "spend sums of money for medical and hospital treatment." (Ex. 1, Compl., ¶ VIII.) Plaintiff Carl Schmidt alleges that as a result of the injuries referenced in the Complaint, he has "suffered permanent and painful injuries" that will cause him "pain and discomfort for the remainder of his life." (Ex. 1, Compl., ¶ X.) The Complaint also contains a claim for loss of consortium by Plaintiff Cherie Schmidt. (Ex. 1, Compl., ¶ XII.) (See Declaration of Andrew Marshall, attached hereto and labeled Ex. 2.)

5. Plaintiff Carl Schmidt's medical records indicate that on the date of the accident referenced in the Complaint, Mr. Schmidt sustained a comminuted distal fibula fracture to his left lower leg, which required surgery involving the implantation of screws and a plate in order to stabilize, two rib fractures and a mild traumatic brain injury. Plaintiff alleges that he sustained medical expenses exceeding $193,000 and wage loss of $25,464.60.

6. Plaintiffs reside in and are citizens of the State of Minnesota.

7. Defendant Costco Wholesale Corporation is not a citizen of the State of Minnesota, wherein this action was brought, but was at the time this action was

commenced, and still is, a corporation organized and existing under the laws of the State of Delaware with its principal place of business in Issaquah, Washington.

8. Defendant Costco Wholesale Corporation desires to, and hereby does, remove this action from District Court, County of Hennepin, State of Minnesota, to this United States District Court for the District of Minnesota, within which District said action is pending.

9. The Notice of Removal is filed in this Court within thirty (30) days after receipt by Defendant, through service of process or otherwise, a copy of the initial pleadings setting forth the claim for relief on which this action is based.

10. Written notice of the filing of this Notice of Removal has been given to all adverse parties and a copy of the same has been filed with the Clerk of District Court of Hennepin County, Minnesota.

WHEREFORE, Defendant prays that this action be removed from District Court, Hennepin County, State of Minnesota, to this Honorable Court.

**BASSFORD REMELE**
*A Professional Association*

Date: October 21, 2025         By: /s/*Andrew L. Marshall*
                                      Andrew L. Marshall (MN #176849)
                               100 South 5th Street, Suite 1500
                               Minneapolis, Minnesota 55402-1254
                               Telephone: (612) 333-3000
                               amarshall@bassford.com

                               *Attorneys for Defendant Costco Wholesale Corporation*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 21st day of October, 2025, a true and correct copy of the foregoing document was served upon the following by U.S. Mail and electronic service to:

Adriel Villarreal
Kyle Manderfield
Barna, Guzy & Steffen, Ltd.
200 Coon Rapids Blvd., Suite 400
Minneapolis, MN 44433
avillarreal@bgs.com
kmanderfeld@bgs.com

*Attorneys for Plaintiffs*

                                            /s/*Andrew L. Marshall*
                                            Attorney for Defendant