| | |
|---|---|
| STATE OF MINNESOTA | DISTRICT COURT |
| COUNTY OF HENNEPIN | FOURTH JUDICIAL DISTRICT |
| | CASE TYPE: PERSONAL INJURY |

Carl Schmidt and Cherie Schmidt,　　　　　　　　Court File No. _____

　　　　　　Plaintiffs,

vs.　　　　　　　　　　　　　　　　　　　　　　　SUMMONS

Costco Wholesale Corporation, a Washington business licensed to do business in Minnesota, and John/Jane Doe, Employee of Defendant Costco Wholesale Corporation,

　　　　　　Defendants.

THE STATE OF MINNESOTA TO THE ABOVE-NAMED DEFENDANT:

　　**1. YOU ARE BEING SUED**. The Plaintiffs have started a lawsuit against you. The Plaintiffs' Complaint against you is attached to this Summons. Do not throw these papers away. They are official papers that affect your rights. You must respond to this lawsuit even though it may not yet be filed with the Court and there may be no Court file number on this Summons.

　　**2. YOU MUST REPLY WITHIN 21 DAYS TO PROTECT YOUR RIGHTS**. You must give or mail to the person who signed this Summons a written response called an Answer within 21 days of the date on which you received this Summons. You must send a copy of your Answer to the person who signed this Summons located at Barna, Guzy & Steffen LTD., 400 Northtown Financial Plaza, 200 Coon Rapids Boulevard, Minneapolis, MN 55433.

　　**3. YOU MUST RESPOND TO EACH CLAIM**. The Answer is your written response to the Plaintiffs' Complaint. In your Answer you must state whether you agree or disagree with

**EXHIBIT 1**

each paragraph of the Complaint. If you believe the Plaintiffs should not be given everything asked for in the Complaint, you must say so in your Answer.

**4. YOU WILL LOSE YOUR CASE IF YOU DO NOT SEND A WRITTEN RESPONSE TO THE COMPLAINT TO THE PERSON WHO SIGNED THIS SUMMONS**. If you do not Answer within 21 days, you will lose this case. You will not get to tell your side of the story, and the Court may decide against you and award the Plaintiffs everything asked for in the Complaint. If you do not want to contest the claims stated in the Complaint, you do not need to respond. A Default Judgment can then be entered against you for the relief requested in the Complaint.

**5. LEGAL ASSISTANCE**. You may wish to get legal help from a lawyer. If you do not have a lawyer, the Court Administrator may have information about places where you can get legal assistance. Even if you cannot get legal help, you must still provide a written Answer to protect your rights or you may lose the case.

**6. ALTERNATIVE DISPUTE RESOLUTION**. The parties may agree to or be ordered to participate in an alternative dispute resolution process under Rule 114 of the Minnesota General Rules of Practice. You must still send your written response to the Complaint even if you expect to use alternative means of resolving this dispute.

BARNA, GUZY & STEFFEN, LTD.

Dated: October 6, 2025

By: /s/ Adriel B. Villarreal
    Adriel B. Villarreal, #387089
    Kyle T. Manderfeld, #0505482
Attorneys for Plaintiffs
200 Coon Rapids Blvd. N.W., Suite 400
Minneapolis, MN 55433
Telephone: (763) 780-8500
avillarreal@bgs.com
kmanderfeld@bgs.com

| | |
|---|---|
| STATE OF MINNESOTA | DISTRICT COURT |
| COUNTY OF HENNEPIN | FOURTH JUDICIAL DISTRICT |
| | CASE TYPE: PERSONAL INJURY |

| | |
|---|---|
| Carl Schmidt and Cherie Schmidt, | Court File No. _____ |
| Plaintiffs, | |
| vs. | **COMPLAINT** |
| Costco Wholesale Corporation, a Washington business licensed to do business in Minnesota, and John/Jane Doe, Employee of Defendant Costco Wholesale Corporation, | |
| Defendants. | |

Plaintiffs, for their claim for relief, state and allege as follows:

I.

At all times material herein, Plaintiffs Carl Schmidt and Cherie Schmidt have resided at 6253 Creekview Lane N., in the City of Brooklyn Park, County of Hennepin, State of Minnesota.

II.

Defendant Costco Wholesale Corporation operates a retail store "Costco Wholesale #648" located at 11330 Fountains Drive, in the City of Maple Grove, County of Hennepin, State of Minnesota. At all times material herein, Defendant Costco was and is licensed to do business in the State of Minnesota, with its registered office located at 1010 Dale St. N, in the City of St. Paul, County of Ramsey, State of Minnesota.

III.

Defendant John/Jane Doe is Costco's employee who operated the motorized cart pusher that struck Plaintiff Carl Schmidt. John/Jane Doe's identity is currently unknown. Plaintiff intends to amend its complaint to include John/Jane Doe's identity when it becomes available.

IV.

On January 16, 2023, Plaintiff Carl Schmidt was struck by a motorized shopping cart pusher in the parking lot of Defendant Costco's premises located at 11330 Fountains Drive, in the City of Maple Grove, County of Hennepin. On January 16, 2023 Plaintiff Carl Schmidt was a business invitee of Defendant Costco and was lawfully on the Defendant's premises. The motorized shopping cart pusher was being operated by Costco employee, John/Jane Doe.

V.

Defendant John/Jane Doe failed to exercise adequate caution and lookout while operating its automated cart pushing device in the parking lot. As a result of Defendant Doe's negligence, the automated cart pusher struck Plaintiff Carl Schmidt in the parking lot causing him to fall down.

VI.

Pursuant to the doctrine of respondeat superior, Defendant Costco Wholesale Corporation is vicariously liable for the conduct of Defendant John/Jane Doe. Defendant John/Jane Doe was acting within the course and scope of their employment at Costco Wholesale Corporation at the time of the collision on January 16, 2023.

VII.

That as a direct and proximate result of Defendant Doe's careless and negligent operation of the motorized cart pusher, Plaintiff Carl Schmidt sustained multiple serious and permanent injuries and was caused to suffer and will in the future suffer mental and physical harm. Defendant Costco Wholesale Corporation is vicariously liable for such negligence.

VIII.

That as a direct and proximate result of the careless and negligent acts and omissions on the part of Defendant Doe, Plaintiff Carl Schmidt has suffered injuries and will experience pain and suffering for the remainder of his life. Plaintiff Carl Schmidt has in the past and will in the future be required to spend sums of money for medical and hospital treatment and care. Defendant Costco Wholesale Corporation is vicariously liable for such negligence.

**CAUSATION AND DAMAGES**

IX.

That the said incident and Plaintiff Carl Schmidt's injuries resulting there from were caused solely and exclusively by careless and negligent acts and omissions on the part of the above named Defendants for which Defendants are liable to Plaintiff.

X.

As a direct and proximate cause of the careless and negligent acts and omissions on the part of the Defendants, Plaintiff Carl Schmidt has suffered permanent and painful injuries. Plaintiff Carl Schmidt has suffered pain and discomfort, and will experience such pain and discomfort for the remainder of his life.

XI.

As a direct and proximate result of the careless and negligent acts and omissions of the above-named Defendants, Plaintiff Carl Schmidt has incurred medical expenses for his care and treatment and will incur such medical expenses in the future.

XII.

As a direct and proximate result of the above-described incident and the negligence of Defendants, Plaintiff Cherie Schmidt has suffered a loss of consortium and is entitled to be compensated for her loss in a reasonable amount for the past, present and future damage to the marital relationship as a result of the injuries Plaintiff Carl Schmidt has suffered. Plaintiff Cherie Schmidt is entitled to be compensated for this loss in a reasonable amount to be determined at the time of trial.

XIII.

As a direct and proximate result of the careless and negligent acts and omissions of the above-named Defendants, Plaintiff has suffered past pain, discomfort, emotional distress and will suffer future pain, discomfort and emotional distress.

WHEREFORE, Plaintiffs also pray for judgment against Defendants in an amount greater than Fifty Thousand and no/100 Dollars ($50,000.00), together with pre-judgment interest, judgment interest, costs and disbursements herein, along with such other and further relief as the Court deems just and equitable.

BARNA, GUZY & STEFFEN, LTD.

Dated: October 6, 2025

By: /s/ Adriel B. Villarreal
    Adriel B. Villarreal, #387089
    Kyle T. Manderfeld, #0505482
Attorneys for Plaintiffs
200 Coon Rapids Blvd. N.W., Suite 400
Minneapolis, MN 55433
Telephone: (763) 780-8500
avillarreal@bgs.com
kmanderfeld@bgs.com

## ACKNOWLEDGMENT

Plaintiff brings this action in good faith, and acknowledges that sanctions may be imposed pursuant to Minn. Stat. §549.211 (2025). If the Court determines that the claims, defenses or other legal contentions contained herein are presented for improper purposes unwarranted by existing law, frivolously presented, without evidentiary support, not reasonably based upon knowledge, information and belief were made without reasonable inquiry under the circumstances.

BARNA, GUZY & STEFFEN, LTD.

Dated: October 6, 2025

By: /s/ Adriel B. Villarreal
Adriel B. Villarreal, #387089
Kyle T. Manderfeld, #0505482
Attorneys for Plaintiffs
200 Coon Rapids Blvd. N.W., Suite 400
Minneapolis, MN 55433
Telephone: (763) 780-8500
avillarreal@bgs.com
kmanderfeld@bgs.com

1266