## UNITED STATES DISTRICT COURT
## IN THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Carl Schmidt and Cherie Schmidt,<br><br>            Plaintiffs,<br>vs.<br><br>Costco Wholesale Corporation, a Washington business licensed to do business in Minnesota, and John/Jane Doe, Employee of Defendant Costco Wholesale Corporation,<br><br>            Defendants. | Case No. _____<br><br>**DECLARATION OF<br>ANDREW L. MARSHALL** |

I, Andrew L. Marshall, hereby state and declare:

1. I am one of the attorneys for Defendant in the above-captioned matter, and I am coordinating the removal of this action on behalf of the Defendant.

2. Upon the filing in the above-named Court on October 21, 2025, of the Notice of Removal of said action to this Court, the attached written Notice of Filing was duly served on the attorney for the adverse party on October 21, 2025 by mailing and emailing a copy of 1) Notice of Removal; 2) Notice of Filing or Removal; 3) Defendant Costco Wholesale Corporation's Corporate Disclosure Statement; 4) Civil Cover Sheet; and 5) Costco Wholesale Corporation's Answer to Plaintiffs' Complaint; to the address listed below:

>**Adriel Villarreal
>Kyle Manderfield
>Barna, Guzy & Steffen, Ltd.
>200 Coon Rapids Blvd., Suite 400
>Minneapolis, Minnesota 44433
>avillarreal@bgs.com
>kmanderfeld@bgs.com**

3. On October 21, 2025, a copy of this Notice of Removal was also electronically filed with the Clerk of Court for the Fourth Judicial District, Hennepin County, the state court where the action was commenced and pending at the time Defendant's Notice of Removal was filed with this Court.

4. Plaintiffs' Complaint alleges that Plaintiff Carl Schmidt sustained "multiple serious and permanent injuries and was caused to suffer and will the future suffer mental and physical harm" as a result of the incident described in Plaintiffs' Complaint. (Ex. 1, Compl., ¶ VII.) The Complaint further alleges that Plaintiff has incurred and will continue to be required to "spend sums of money for medical and hospital treatment." (Ex. 1, Compl., ¶ VIII.) Plaintiff Carl Schmidt alleges that as a result of the injuries referenced in the Complaint, he has "suffered permanent and painful injuries" that will cause him "pain and discomfort for the remainder of his life." (Ex. 1, Compl., ¶ X.) The Complaint also contains a claim for loss of consortium by Plaintiff Cherie Schmidt. (Ex. 1, Compl., ¶ XII.)

5. I have reviewed some of Plaintiff's medical records and invoices for medical treatment. As a result of the incident described in Plaintiffs' Complaint, Mr. Schmidt alleges that he sustained a comminuted distal fibula fracture to his left lower leg that required surgery involving the implantation of screws and a plate in order to stabilize the fracture and to rib fractures. Plaintiff also alleges that he sustained a mild traumatic brain injury. Plaintiff sustained medical expenses exceeding $193,000 and wage loss of $25,464.60.

- 3 -

6.	Based upon the allegations regarding the nature of Plaintiff's injuries and the amount of special damages incurred by Plaintiff, the amount in controversy in this case exceeds the $75,000 threshold for diversity jurisdiction.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Signed on October 21, 2025, in the State of Minnesota, County of Hennepin.

/s/Andrew L. Marshall
Andrew L. Marshall