| | |
|---|---|
| STATE OF MINNESOTA | DISTRICT COURT |
| COUNTY OF HENNEPIN | FOURTH JUDICIAL DISTRICT |
| | CASE TYPE: Personal Injury |

Carl Schmidt and Cherie Schmidt,  Court File No. _____

        Plaintiffs,

vs.

Costco Wholesale Corporation, a Washington business licensed to do business in Minnesota, and John/Jane Doe, Employee of Defendant Costco Wholesale Corporation,  **NOTICE OF FILING NOTICE OF REMOVAL**

        Defendants.

TO:  Clerk of Court, Hennepin County District Court, 300 South Sixth Street, Minneapolis, MN 55487; and Plaintiffs above-named and their attorneys, Adriel Villarreal and Kyle Manderfield, Barna, Guzy & Steffen, Ltd., 200 Coon Rapids Blvd., Suite 400, Minneapolis, MN 44433.

PLEASE TAKE NOTICE that a Notice of Removal of the above-captioned proceeding from the District Court of Hennepin County, Minnesota, to the United States District Court for the District of Minnesota (the "District Court") was duly filed on October 21, 2025, by Defendant Costco Wholesale Corporation pursuant to 28 U.S.C. §§ 1332, 1441. A true and correct copy of such Notice of Removal is attached hereto as **Exhibit A**.

PLEASE TAKE FURTHER NOTICE that, pursuant to 28 U.S.C. § 1446(d), filing the Notice of Removal in the United States District Court followed by filing this notice with this Court effected the removal of this action, and this Court may not proceed further unless and until the action is remanded.

- 2 -

|  |  |
|---|---|
| | **BASSFORD REMELE** |
| | *A Professional Association* |
| Date: October 21, 2025 | By: /s/*Andrew L. Marshall* |
| | Andrew L. Marshall (MN #176849) |
| | 100 South 5th Street, Suite 1500 |
| | Minneapolis, Minnesota 55402-1254 |
| | Telephone: (612) 333-3000 |
| | amarshall@bassford.com |
| | |
| | *Attorneys for Defendant Costco Wholesale Corporation* |

- 2 -

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of October, 2025, a true and correct copy of the foregoing document was served upon the following by U.S. Mail and electronic service to:

Adriel Villarreal
Kyle Manderfield
Barna, Guzy & Steffen, Ltd.
200 Coon Rapids Blvd., Suite 400
Minneapolis, MN 44433
avillarreal@bgs.com
kmanderfeld@bgs.com

*Attorneys for Plaintiffs*

                                          /s/*Andrew L. Marshall*
                                          Attorney for Defendant