| | |
|---|---|
| STATE OF MINNESOTA | DISTRICT COURT |
| COUNTY OF HENNEPIN | FOURTH JUDICIAL DISTRICT |
| | CASE TYPE: Personal Injury |

Carl Schmidt and Cherie Schmidt,                                    Court File No. _____

        Plaintiffs,

vs.

Costco Wholesale Corporation, a Washington business licensed to do business in Minnesota, and John/Jane Doe, Employee of Defendant Costco Wholesale Corporation,

        Defendants.

**COSTCO WHOLESALE CORPORATION'S ANSWER TO PLAINTIFFS' COMPLAINT**

Defendant, Costco Wholesale Corporation, (hereinafter "Costco") for its Answer to Plaintiffs' Complaint, states and alleges as follows:

1. Defendant Costco denies each and every matter, allegation and thing contained in Plaintiffs' Complaint except as hereinafter admitted, qualified or alleged.

2. Defendant Costco admits the allegations contained in Paragraph I of Plaintiffs' Complaint.

3. Defendant Costco admits that Defendant operates a Costco Wholesale Warehouse located at located at 11330 Fountains Drive, in the City of Maple Grove, Hennepin County, Minnesota, and that its principal place of business is located at 999 Lake Drive, Issaquah, Washington, as alleged in Paragraph II of Plaintiffs' Complaint.

4. Defendant Costco lacks sufficient information to admit or deny the allegations contained in Paragraph III of Plaintiffs' Complaint.

5. Defendant Costco admits that Plaintiff Carl Schmidt was lawfully on the premises of its Maple Grove Warehouse on January 16, 2023 and that he was struck by a cart pusher. Defendant denies the remainder of the allegations contained in Paragraph IV of Plaintiffs' Complaint.

6. Defendant Costco denies the allegations contained in Paragraphs V through XIII of Plaintiffs' Complaint.

7. Defendant Costco affirmatively alleges that if Plaintiff was injured or damaged, as alleged in Plaintiffs' Complaint, those injuries or damages were the result of Plaintiffs' own negligence or fault, or the negligence or fault of other third parties over whom Defendant Costco had no control, and for whose actions Defendant cannot be held liable.

8. Defendant Costco affirmatively alleges that Plaintiff failed to use reasonable care to look out for his own safety and that that failure to use reasonable care was the proximate cause of Plaintiffs' injuries and damages.

9. Defendant Costco affirmatively alleges that some or all of Plaintiffs' claims may be barred by Plaintiff Carl Schmidt's failure to mitigate his damages.

10. Defendant Costco hereby demands a trial by jury.

WHEREFORE, Defendant Costco Wholesale Corporation respectfully requests that Plaintiffs' Complaint be dismissed and that Costco be awarded its costs and disbursements incurred herein.

**BASSFORD REMELE**
*A Professional Association*

Date: October 21, 2025

By: /s/*Andrew L. Marshall*
Andrew L. Marshall (MN #176849)
100 South 5th Street, Suite 1500
Minneapolis, Minnesota 55402-1254
Telephone: (612) 333-3000
amarshall@bassford.com

*Attorneys for Defendant Costco Wholesale Corporation*

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of October, 2025, a true and correct copy of the foregoing document was served upon the following by U.S. Mail and electronic service to:

Adriel Villarreal
Kyle Manderfield
Barna, Guzy & Steffen, Ltd.
200 Coon Rapids Blvd., Suite 400
Minneapolis, MN 44433
avillarreal@bgs.com
kmanderfeld@bgs.com

*Attorneys for Plaintiffs*

/s/*Andrew L. Marshall*
Attorney for Defendant

- 3 -